(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Marquis Mason     ETAL
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

James T. Vaughn Correctional Center
ETC, ETC
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. **23 - 872**
(To be assigned by Clerk's Office)

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

__Mason, Marquis__
Name (Last, First, MI)                Aliases

__506146__
Prisoner ID #

__J.V.C. Center__
Place of Detention

__1181 Paddock Road__
Institutional Address

__Smyrna__            __DEL__        __19977__
County, City            State         Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __J.T.V.C. Center, ETC, ETC__
Name (Last, First)

__State Prison of Delaware__
Current Job Title

__1181 Paddock Road__
Current Work Address

__Smyrna__        __Del__        __19977__
County, City     State          Zip Code

Defendant 2: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City     State          Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____  _____  _____
County, City                State        Zip Code

Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____  _____  _____
County, City                State        Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: James T. Vaughn Correctional Center

Date(s) of occurrence: 2006 - till Present

State which of your federal constitutional or federal statutory rights have been violated:

5th & 14th Amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> What happened to you?

I have recently become ill from drinking the water over the years at J.T.V.C. Center. I have as of now been diagnosis with an extreme comporomised immune system where time is of the essence, along with tyroids issue's & testicular complication which may be cancer & more maybe, or not issue's to come as I am been seen now. After 17 yrs of car-ceration these ~~symptoms~~ symptoms is now been con-firmed & brought to my attention. Summary of the facts of what happened in Brief!!!

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

| Who did what? | The Prison first knew or was aware that the water was unsafe to drink & may cause harm, yet there was nothing or little done to treat the water here or the pipes the water run through. The Prison & company failed or did little to no test for it's level of lead in the water itself or the pipes it runs through. There was'nt no test for lead, heavy metals or PFAS or any of it's 1 of it's 32 compounds such as PFBS, PFHxS, PFOA & PFOS or never actually investigated the long terms effects of Drinking the water here & from these pipes now I am extremely ill. Medical diagonsis me & made me aware of my symptoms but have done little to treat me or further assess me. |

Summary in Brief

| Was anyone else involved? | As of now no! |

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?  ☑ Yes  ☐ No

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☑ No
If no, explain why not:

No was marked because a grievance was filed & then Denied & returned to me ab unprocess cause it was taken as other then I intended. The Prison made it's own Assessment of my grievance also my issue is beyond a grievance helping but one was filed

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I will like monetary value and a full assessment by a qualified doctor and have all illnesses treated and paid for Please

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☒ Yes   ☐ No

If yes, how many? __1__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

In all truthfulness I don't for a fact remember the full details of it but I do know it was filed in 2007 or 2008 and it was while at Howard R. Young and I believe it was dismissed for a fact and the defendant's was the prison (H.R.Y.C.I.) and the officer's

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

7/25/23
Dated

M. Mason
Plaintiff's Signature

Mason, Marquis
Printed Name (Last, First, MI)

506146
Prison Identification #

1181 Paddock Road   Smyrna   DE   19977
Prison Address   City   State   Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M Marquis Mason
SBI# 506146   UNIT SHU-17

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
AUG 09 2023
US DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court
844 N. King Street
Wilmington, DE 19801

Legal Mail