IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARQUIS MASON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 23-872 (GBW) |
| J.T.V.C.C., | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 23rd day of October, 2023;

IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case **CLOSED**.

The pending letter motion (D.I. 8) is **DENIED as moot**.

_____
UNITED STATES DISTRICT JUDGE