IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARQUIS MASON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 23-872 (GBW) |
| J.T.V.C.C., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

WHEREAS, Plaintiff filed this action without prepayment of the filing fee;

WHEREAS, on September 5, 2023, the Court granted Plaintiff leave to proceed without prepayment of fees and entered an order requiring Plaintiff to return an authorization form within thirty days or the case would be dismissed (D.I. 9);

WHEREAS, Plaintiff failed to return the authorization form in the time required, and the case was dismissed on October 11, 2023 (D.I. 10);

WHEREAS, on November 7, 2023, the Court granted Plaintiff's motion to reopen and directed him to return the payment authorization within 30 days (D.I. 13);

WHEREAS, Plaintiff again failed to return the authorization form and wrote

several letters to the Court asking about the next step in the proceedings;

WHEREAS, on December 18, 2023, the Court provided Plaintiff with another authorization form and again instructed him to return a signed copy within thirty days or the case would be dismissed;

WHEREAS, the time to return the signed authorization form has again passed;

THEREFORE, at Wilmington this 8th day of February, 2023;

IT IS HEREBY ORDERED that this case is **DISMISSED without prejudice**.

_____
UNITED STATES DISTRICT JUDGE